UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER
SITE LITIGATION

21MC102(AKH)

RAMON CARRERO,

08CV2590(AKH)

Plaintiff(s),

**NOTICE OF APPEARANCE**

-against-

120 BROADWAY CONDOMINIUM (CONDO #871), et al.,

Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         April 24, 2008

Yours etc.,

HARRIS BEACH PLLC
*Attorneys for Defendant*
**CENTURY 21, INC., BLUE MILLENNIUM REALTY LLC**

_____/s/_____
Stanley Goos, Esq. (SG-7062)
100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

                                          /s/
                                Stanley Goos, Esq. (SG 7062)